**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| EQUAL MEANS EQUAL, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No.: 1:25-cv-10806-WGY |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Andrew J. Rising, Trial Attorney, United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for all Defendants in the above-captioned case.

DATE:  June 12, 2025

Respectfully submitted,

*/s/ Andrew J. Rising*
ANDREW J. RISING (D.C. Bar No. 1780432)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm. 12520
Washington, DC 20005
Telephone: (202) 514-0265
E-mail: andrew.j.rising@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on all registered parties through the Court's CM/ECF system.

*/s/ Andrew J. Rising*
Andrew J. Rising