**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EQUAL MEANS EQUAL, *et al.*,<br><br>          Plaintiffs,<br>     v.<br><br>DONALD J. TRUMP, in his official<br>capacity as President of the United States, *et al.*,<br><br>          Defendants. | Case No.: 1:25-cv-10806-WGY |

## CONSENT MOTION FOR A BRIEFING SCHEDULE
## AND FOR LEAVE TO FILE EXCESS PAGES

Defendants respectfully submit this consented-to motion for an order adopting the following briefing schedule and for leave to file excess pages in their forthcoming memoranda in support of Defendants' forthcoming motion to dismiss.  *See* Local Rule 7.1(a)(1):

| | | |
|---|---|---|
| **June 17, 2025** | Defendant's motion to dismiss and memorandum in support | 30 Pages |
| **July 17, 2025** | Plaintiffs' brief in opposition | 30 Pages |
| **August 1, 2025** | Deadline for any nonparty to seek leave to file any amicus brief | 15 pages |
| **August 18, 2025** | Defendant's reply brief | 15 Pages |
| **September 1, 2025** | Deadline for Plaintiffs to seek leave to file any sur-reply brief | 15 Pages |

Good cause exists to grant this request.  Plaintiffs' Complaint asks this Court to declare unconstitutional a longstanding federal statute, among other forms of relief, and raises numerous complex jurisdictional and constitutional issues.  Defendants respectfully submit that a reply brief is warranted to assist the Court's resolution of the issues.  Moreover, the history of the statute at issue, the Supreme Court's conclusions about the role of Congress and the judiciary in this arena, and the

proposed constitutional amendment implicated in this case must also be addressed.  To fully address these issues, Defendants respectfully submit that modest page extensions as noted above along with the above proposed schedule are warranted.  Furthermore, an extended schedule is requested to address counsel's personal and other professional obligations, including the imminent parental leave of undersigned lead counsel for Defendants.  The parties conferred regarding this schedule on June 12, 2025, and Plaintiffs consent to the relief sought herein.

The above schedule is not intended to displace the requirement to seek leave of Court prior to filing an amicus brief or sur-reply, but rather ensures the timely submission of any such requests. Consistent with the Case Management/Electronic Case Files Administrative Procedure applicable in this District, a motion for leave to file must attach a copy of the proposed document to the motion for leave to file submitted under Local Rule 7.1(b)(3).[1]

A proposed order is attached.

Dated: June 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Andrew J. Rising*
ANDREW J. RISING (D.C. Bar No. 1780432)
LIAM C. HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12520
Washington, D.C. 20005
Phone: (202) 514-0265
E-mail:   andrew.j.rising@usdoj.gov

*Counsel for Defendants*

---

[1] https://www.mad.uscourts.gov/caseinfo/pdf/ECFadminProc.pdf

## RULE 7.1(a)(2) CERTIFICATION

I communicated with counsel for Plaintiffs regarding this motion for a briefing schedule and for leave to file excess pages. Counsel indicated that Plaintiffs consent to the relief sought herein.

/s/ *Andrew Rising*
ANDREW J. RISING
Trial Attorney
United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this Motion with the Court's CM/ECF system, which sends notice to all parties identified on the NEF.

/s/ *Andrew Rising*
ANDREW J. RISING
Trial Attorney
United States Department of Justice