**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| EQUAL MEANS EQUAL, *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Case No.: 1:25-cv-10806-WGY |

**[PROPOSED] ORDER**

Defendants' consent motion for entry of a briefing schedule and for leave to file excess pages is GRANTED. It is hereby ORDERED that the following briefing schedule shall apply:

| | | |
|---|---|---|
| **June 17, 2025** | Defendant's motion to dismiss and memorandum in support | 30 Pages |
| **July 17, 2025** | Plaintiffs' brief in opposition | 30 Pages |
| **August 1, 2025** | Deadline for any nonparty to seek leave to file any amicus brief | 15 pages |
| **August 18, 2025** | Defendant's reply brief | 15 Pages |
| **September 1, 2025** | Deadline for Plaintiffs to seek leave to file any sur-reply brief | 15 Pages |

Consistent with the Case Management/Electronic Case Files Administrative Procedures for this District, any motion for leave to file an amicus brief or motion for leave to file a sur-reply must attach a copy of the proposed document to the motion for leave to file.

IT IS SO ORDERED.

Dated: _____, 2025

_____
HON. WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE