**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| EQUAL MEANS EQUAL, *et al.*,<br><br>                Plaintiffs,<br>   v.<br><br>DONALD J. TRUMP, in his official<br>capacity as President of the United States, *et al.*,<br><br>                Defendants. | Case No.: 1:25-cv-10806-WGY |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Liam C. Holland, Trial Attorney,

United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for all

Defendants in the above-captioned case.

DATE:  June 16, 2025                          Respectfully submitted,

> /s/ Liam C. Holland
> LIAM C. HOLLAND (B.B.O. #704799)
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L St. NW
> Washington, DC 20005
> Telephone: (202) 514-4964
> E-mail: liam.c.holland@usdoj.gov
>
> *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on all registered parties through the

Court's CM/ECF system.

> /s/ Liam C. Holland
> Liam C. Holland