IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.* <br><br> Defendants. | Case No.: 1:25-cv-10806-WGY |

**DEFENDANTS' MOTION TO DISMISS**

      Defendants respectfully move to dismiss Plaintiffs' Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs' Complaint should be dismissed because it fails to allege facts sufficient to demonstrate standing. Plaintiffs' Complaint also fails to state a claim for which relief can be granted as to any of their claims. Defendants incorporate their Memorandum in Support of their Motion to Dismiss, which describes in more detail why Plaintiffs lack standing and why Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

DATE: June 17, 2025

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

*/s/ Andrew Rising*
ANDREW J. RISING (D.C. Bar # 1780432)
LIAM C. HOLLAND
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12520
Washington, D.C. 20005
Phone: (202) 514-0265
E-mail: andrew.j.rising@usdoj.gov
*Counsel for Defendants*

## RULE 7.1(a)(2) CERTIFICATION

I communicated with counsel for Plaintiffs regarding this motion to dismiss. Counsel indicated that Plaintiffs will oppose the motion.

>  /s/ *Andrew Rising*
>  ANDREW J. RISING
>  Trial Attorney
>  United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this Motion with the Court's ECF system, which sends notice to Plaintiffs' Counsel identified on the NEF.

>  /s/ *Andrew Rising*
>  ANDREW J. RISING
>  Trial Attorney
>  United States Department of Justice