IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, *et al.*<br><br>         Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>         Defendants. | Case No.: 1:25-cv-10806-WGY |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss, the memorandum of points in support thereof, Plaintiffs' Opposition, Defendants' Reply, and the entire record in this case, and for good cause shown, it is hereby:

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** in its entirety, with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated:_____         _____
                                                                 Hon. William G. Young
                                                                 United States District Judge

1