**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISCTRICT OF MASSACHUSETTS**

No. 1:25-CV-10806

EQUAL MEANS EQUAL;
HEROICA FOUNDATION;
JACQUELINE FENORE,
individually and on behalf of
others similarly situated
*Plaintiffs,*
v.
DONALD J. TRUMP,
In his Official Capacity as President of the United States,
CRAIG BROWN,
In his Official Capacity as Acting Director of the Selective Service System,
SELECTIVE SERVICE SYSTEM
*Defendants.*

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON BEHALF OF
THE NATIONAL WOMEN'S POLITICAL CAUCUS, THE ELIZABETH CADY STANTON
TRUST, AND FIFTY OTHER AMICI

Amici respectfully request leave to file an amicus curiae brief in this matter because it raises issues of significant concern to the public, women in particular, and involves questions of constitutional magnitude that affect the lives of half the population.

In support hereof, amici state that amicus briefs have been permitted in the District Court in cases raising important public concerns. *Massachusetts v. U.S. Dep't of Health & Human Servs.*, 513 F. Supp. 3d 195 (D. Mass. 2021); *United States v. Massachusetts*, 440 F. Supp. 3d 81 (D. Mass. 2020); and *Doe v. Town of Wayland*, 179 F. Supp. 3d 155 (D. Mass. 2016).

Matters addressed in the brief are not redundant or duplicative of information already submitted by the parties.

Both parties assent to the filing of this brief.

Respectfully submitted,
On behalf of Amici,

/s/ Laura Magnini

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

On the brief: Alison Shea, Esq.


Dated: August 1, 2025

## CERTIFICATE  OF  SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by the ECF filing system.

<u>/s/ Laura Magnini</u>

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

Dated:  August 1, 2025

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISCTRICT OF MASSACHUSETTS

———

No. 1:25-CV-10806

———

EQUAL MEANS EQUAL;
HEROICA FOUNDATION;
JACQUELINE FENORE,
individually and on behalf of
others similarly situated
*Plaintiffs,*
v.
DONALD J. TRUMP,
In his Official Capacity as President of the United States,
CRAIG BROWN,
In his Official Capacity as Acting Director of the Selective Service System,
SELECTIVE SERVICE SYSTEM
*Defendants.*

———

AMICUS CURIAE BRIEF ON BEHALF OF THE NATIONAL WOMEN'S
POLITCAL CAUCUS, THE ELIZABETH CADY STANTON TRUST, AND
FIFTY OTHER AMICI

———

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

On the brief: Alison Shea, Esq.

Dated: August 1, 2025

# TABLE OF CONTENTS

TABLE OF AUTHORITIES.................................................................................*i-ii*

INTRODUCTION ...........................................................................................1

SUMMARY OF ARGUMENT............................................................................1

ARGUMENT ..............................................................................................1–4

I.   THROUGHOUT HISTORY WOMEN HAVE SUFFERED
     SEVERE AND PERVASIVE SUBJUGATION AND OPPRESSION
     IN THE UNITED STATES...................................................................1–4

          The Magna Carta ..............................................................................1–2

          Coverture .............................................................................................2

          The Blackstone Commentaries...........................................................2–3

          The Declaration of Independence and the Constitution ...................3–4

          The Fourteenth Amendment ................................................................4

CONCLUSION..............................................................................................4

Exhibit 1 ................................................................................................*iii-vi*

Exhibit 2...................................................................................................*vii*

# TABLE OF AUTHORITIES

**Cases**

*Dobbs v. Jackson Women's Health Org.*,
597 U.S. 215 (2022) ..................................................................................................1–2

**Constitutional Provisions**

Amend. XIV, United States Constitution...............................................................4

**Other Authorities**

Adams, Abigail, Letter from Abigail Adams to John Adams, (1776)
http://www.masshist.org/digitaladams ...................................................................3–4

Blackstone, William, *On Marriage and Coverture* (1965)
https://wisc.pb.unizin.org/ls261/chapter/ch-4-1-william-blackstone-on-coverture-1765/ ....*passim*

Brodowicz, Mateusz, *Blackstone's Influence on American Political Philosophy* (2024),
https://aithor.com/essay-examples/blackstones-influence-on-
american-political-philosophy#3-impact-on-american-founding-fathers...........................3

Claeys, Eric R., *Blackstone's Commentaries and the Privileges or Immunities
of United States Citizens: A Modest Tribute to Professor Siegan*
45 SAN DIEGO L. REV. 777 (2008) ........................................................................3–4

The Declaration of Independence (1776) ...............................................................3–4

Harris, Caroly, *Magna Carta and Women's Rights* (2015),
https://ottawacitizen.com/news/national/carolyn-harris-magna-carta-and-womens-rights ...2

Hazeltine, H.D., *The Influence of the Magna Carta on
American Constitutional Development*, COLUMBIA L. REV. 17(1) (1917)............................1

Keyser, Richard, *Women under the Traditional System of Coverture, American
Legal History* (2020) https://wisc.pb.unizin.org/ls261/chapter/chapter-3-women/ ...............2

*Magna Carta*, (1215) British Library,
www.bl.uk/magna-carta/articles/magna-carta-english-translation ........................................*passim*

Tate, Joshua C., *Magna Carta and the Definition of Fundamental Rights*
59 TULSA L. REV. 39 (2024) ....................................................................................1–2

Walsh, Thomas, *Coverture and Economic Gender Equality in Early America* (2023),
https://legalresearchclub.ua.edu/blog/2023/04/26/coverture-and-economic
-gender-inequality-in-early-america/ ........................................................................2

**Exhibits**

1. List of Undersigned Amici Curiae

2. Mandate of the Special Rapporteur on Violence Against Women and Girls, its Causes, and Consequence

## INTRODUCTION

Plaintiffs challenge the constitutionality of the Military Selective Service Act (MSSA), 50 U.S.C., § 3801 et seq., under the Equal Rights Amendment (ERA) and the Equal Protection Provision of the Fourteenth Amendment.

## SUMMARY OF ARGUMENT

Amici submit this brief in support of Plaintiffs' arguments I–IV, pg. 2–14. Specifically, Amici agree that the ERA is valid and must be recognized as the Twenty-Eighth Amendment, and that, regardless of the ERA's validity, women deserve strict scrutiny under the Equal Protection Doctrine.

In further support hereof, Amici submit the following information demonstrating women's suffering and subjugation under the United States Constitution.

## ARGUMENT

## I.    THROUGHOUT HISTORY WOMEN HAVE SUFFERED SEVERE AND PERVASIVE SUBJUGATION AND OPPRESSION IN THE UNITED STATES.

### The Magna Carta

As early as the founding days of our nation, many colonies relied upon the Magna Carta, both as framework and as codified law for legislative governing. Hazeltine, H. D., The Influence of Magna Carta on American Constitutional Development. *Columbia Law Review*, *17*(1), 7–9 (1917), https://doi.org/10.2307/1110845.

The Supreme Court itself recently relied upon the Magna Carta when deciding a case that severely weakened women's fundamental rights under the Fourteenth Amendment. *Dobbs v. Jackson Women's Health Org.,* 597 U.S. 215 (2022). Justice Alito's wrote that "the right to abortion is not deeply rooted in the Nation's history and traditions," in part because it "lacked an

equivalent historical pedigree" afforded by the Magna Carta. *Id.* at 226–25; *see also* Joshua C. Tate, Magna Carta and the Definition of Fundamental Rights, 59 Tulsa L. Rev. 39, 40–41 (2024), https://digitalcommons.law.utulsa.edu/tlr/vol59/iss1/5. Indeed, Justice Alito is correct, however, he failed to acknowledge that the reason why the right to abortion was not deeply rooted is because women were not even considered persons. *Id.*

The Magna Carta established women as inferior and subservient to men. They were either the property of their fathers or the property of their husbands. It also declared women inferior under the law, for example a woman's testimony in court carried little value compared to that of a man. Magna Carta. (1215) British Library, www.bl.uk/magna-carta/articles/magna-carta-english-translation; *see also* Carolyn Harris, Magna Carta and Women's Rights (2015), https://ottawacitizen.com/news/national/carolyn-harris-magna-carta-and-womens-rights.

### Coverture

In lockstep with the Magna Carta, colonial America adopted the doctrine of coverture. Under coverture, women were considered property of their husbands and lost all autonomy. Thomas Walsh, Coverture and Economic Gender Inequality in Early America (2023) https://legalresearchclub.ua.edu/blog/2023/04/26/coverture-and-economic-gender-inequality-in-early-america/; *see also* Richard Keyser, Women under the Traditional System of Coverture, American Legal History (2020) https://wisc.pb.unizin.org/ls261/chapter/chapter-3-women/. Because of coverture, a married woman could not own property or seek redress in court, among other legal disabilities. *Id.*

### The Blackstone Commentaries

In 1765, propogandist William Blackstone released a commentary on coverture, declaring that "the very being or legal existence of the woman is suspended during the marriage." William

Blackstone, On Marriage and Coverture (1765) https://wisc.pb.unizin.org/ls261/chapter/ch-4-1-william-blackstone-on-coverture-1765/. Blackstone's opinions influenced the Declaration of Independence which declared that "all *men* are created equal" and inspired the men who wrote our constitution. The Declaration of Independence. Retrieved from the Library of Congress, www.loc.gov/item/04033412/.

### The Declaration of Independence and the Constitution

When John Adams was contemplating the language he would propose for our constitution, he discussed the matter with his wife, Abigail. She admonished him to "[r]emember the [l]adies and be more generous and favo[u]rable to them than your ancestors. Do not put such unlimited power into the hands of the Husbands. Remember all Men would be tyrants if they could," John instead remembered the Blackstone Commentaries, adopting Blackstone's language pertaining to the natural and inherent rights of "all men." *See* Letter from Abigail Adams to John Adams, 31 March - 5 April 1776. *Adams Family Papers: An Electronic Archive.* Massachusetts Historical Society. http://www.masshist.org/digitaladams; *see also* Mateusz Brodowicz, Blackstone's Influence on American Political Philosophy (2024) https://aithor.com/essay-examples/blackstones-influence-on-american-political-philosophy#3-impact-on-american-founding-fathers.

Thomas Jefferson, in turn, adopted exact phrasing from the Blackstone Commentaries while drafting the Constitution. *Id.* Blackstone's Commentaries also heavily influenced the drafting of the Fourteenth Amendment, specifically pertaining to the ambidexterity of "privileges or immunities." Eric R. Claeys, *Blackstone's Commentaries and the Privileges or Immunities of United States Citizens: A Modest Tribute to Professor Siegan*, 45 San Diego L. Rev. 777 (2008) https://digital.sandiego.edu/sdlr/vol45/iss3/9. Blackstone's commentary regarding privileges and

3

immunities stated "[t]he rights themselves thus defined by [Magna Carta]…may be reduced to [ ] the right of personal security, [ ] personal liberty, [ ] and private property…as there is no other known method of [ ] abridging *man's* natural free will, but by an infringement or diminution of…these important rights." *Id.* (emphasis added).

The continuous incorporation of misogynist language from the Magna Carta into our nation's founding documents legitimized the subjugation and oppression of women.

### The Fourteenth Amendment

Even when the Fourteenth Amendment was adopted in 1868, women were left behind because it gave Equal Protection of the laws to "persons," but not women. As Plaintiffs' brief explains, the Supreme Court did not recognize women as persons with Equal Protection rights until 1971, but even then, women remained unequal because their "Equal" Protection rights were subject to unequal enforcement, a problem that persists to this day because of intermediate scrutiny. *See* P. Mem. at pp. 10–14.

### CONCLUSION

Despite Abigail Adams' admonishment, women have yet to achieve equality, but her promise remains ripe: "If p[a]rticular care and attention is not paid to the Ladies we are determined to foment a Rebel[l]ion and will not hold ourselves bound by any Laws in which we have [unequal] voice, [unequal] Representation." *See* Letter from Abigail Adams, April 5, 1776.

For the foregoing reasons, Amici respectfully request that this Court deny Defendants' motion to dismiss and affirm the validity of the Equal Rights Amendment.

## CERTIFICATE  OF  SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by the ECF filing system.

/s/ Laura Magnini

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

Dated:  August 1, 2025

**Exhibit 1**

**Exhibit 1: LIST OF UNDERSIGNED AMICI CURIAE**

The National Women's Political Caucus
1301 K Street, NW Suite 300W
Washington, DC 20005
kate@nwpc.org
www.nwpc.org

Elizabeth Cady Stanton Trust
700 Steamboat Road,
Greenwich, Connecticut 06830
ElizabethCadyStanton.org
coline.jenkins@gmail.com

Eileen A. Murphy, MD, Ltd.
841 Junior Terrace,
Chicago, IL, 60613
eafmurphy@gmail.com

Gudmurph Collective
115 West Ripplewater,
Beverly Shores, IN, 46301
eafmurphy@me.com

PA Religious Coalition for Reproductive
Justice
1280 Clover Lane,
Harrisburg, PA 17113
jim.cavenaugh12@gmail.com

Indivisible Lincoln Square
4916 North Oakley Avenue,
Chicago, IL 60625
wmksellers@gmail.com
https://www.indivisiblelincolnsquare.com/

Justice and Joy National Collaborative610
SW Alder Street, #215,
Portland, Oregon 97205
jeannette@justiceandjoynatl.org
JusticeandJoyNatl.org

Center for Policing Equity
ecumberbatch@policingequity.org
policingequity.org

Joel Marshall's Lunch Therapy Podcast
PO Box 480220,
Los Angeles, CA 90048
supportus@mac.com
lunchtherapy.live

Doctors for America
PO Box 21161, 2300 18th St NW,
Washington, DC 20009
angie.bakke@drsforamerica.org
https://doctorsforamerica.org/

Medical Students for Choice
PO Box 20132,
Philadelphia, PA 19145
pamela@msfc.org
https://msfc.org/

Feminists in Struggle
1228 26th Street,
San Diego, CA 92102
aemenasche@gmail.com
www.feministstruggle.org

ERA Minnesota
betty.folliard@gmail.com
eramn.org

ERA-NC Alliance
118 Church St.,
Black Mountain, NC 28711
maddenroberta@gmail.com
WWW.RATIFYERA-NC.ORG

**Exhibit 1: LIST OF UNDERSIGNED AMICI CURIAE**

Dr. Bronner's Family Foundation
2448 Massachusetts Ave NW
Washington, DC 20008
adam@drbronner.com
https://bronnerfamilyfoundation.org/

Green Alliance for Sex-Based Rights
P. O. Box 1224,
Carbondale, IL 62903
dx@list.gendercriticalgreens.org
greenalliance.sexbasedrights.org

The Restaurant Opportunities Center of
Pennsylvania (ROC PA)
samuel@rocunited.org
www.coworker.org

Fems For Democracy
PO Box 826,
Royal Oak, MI 48068
jcampbellbode@gmail.com
www.femsfordemocracy.org

Hawaii Health and Harm Reduction Center
hlusk@hhhrc.org
www.hhhrc.org

Charlotte's Web Thoughts
1140 3rd St. NE, c/o Spaces, Second Floor,
Washington, D.C. 20002
cmclymer@gmail.com
charlotteclymer.substack.com

National Black Justice Collective
vkynbjc@gmail.com
www.nbjc.org

Union Heritage Ventures
8721 Santa Monica Blvd. Suite 5.
West Hollywood, CA 90069
sophia@brilliantanatomy.com
www.unionheritage.com

National ERA Publication Task Force
e-murphy@northwestern.edu

Positive People Network, Inc.
1031 Ives Dairy Road, #228,
Miami, Fl.33179
positivepeoplenetwork11@gmail.com
www.positivepeoplenetworkinc.org

Neumann Law Group 300 East Front Street
#445 Traverse City, MI 49684
traversecityattorney@gmail.com
www.neumannlawgroup.com

CenterLink
tanya@lgbtcenters.org
www.lgbtcenters.org

Jefferson Law Center  25615 Jefferson, Saint
Clair Shores, MI 48080
lpregizer@jeffersonlawcenter.com
www.jeffersonlawcenter.com

The TransLatina Coalition
2975 Wilshire Blvd STE 350
Los Angeles, 90010
Bambys@translatinacoalition.org
translatinacoalition.org

Continued on back flap films
7 Sugar Shack Drive,
West Lake Hills TX 78746
pavoextrano@gmail.com

iv

**Exhibit 1: LIST OF UNDERSIGNED AMICI CURIAE**

Florida National Association for Women
president@flnow.org
Flnow.org

The Workers Circle:
Jewish Culture for a Just World
247 W. 37th St., Fifth Floor,
New York, NY 10018
ndamico@circle.org
circle.org

IHEART MEDIA
888 7th Ave 4th floor
NY NY 10106
busysilverstein@mac.com

Rethinking Eve
JSweeney@maloofandbrowne.com
RethinkingEve.com

The Ohio Federation of Business &
Professional Women
803 S. Beech Street
Bryan, Ohio 43506-2016
Lora.Manon1@gmail.com
www.bpwohio.org

DecrimSexWorkCA
admin@decrimsexworkca.com
Decrimsexworkca.com

Desiree Alliance
23532 Calabasas Rd Suit A
Calabasas, CA 91302
director@desireealliance.org
www.desireealliance.org

Alianza Translatinx
W. Fourth St. suite 420
Santa Ana CA 92701
krios-wyatt@alianzatranslatinx.org
www.alianzatranslatinx.org

Brilliant Anatomy
egee9277@gmail.com

CalPride
1202 H street, suite D,
Modesto, CA 95354
john@calpride.org
https://calpride.org/

American Medical Women's Association
201 E Main Street Ste 810,
Lexington KY 40507
advocacy@amwa-doc.org
www.AMWA-doc.org

Muslims for Progressive Values
1465 Tamarind Ave., #702,
Los Angeles, CA 90028
info@mpvusa.org
https://www.mpvusa.org/

Expansive Dignity, LLC
mike@expansivedignity.com
www.expansivedignity.com

Global Faith and Justice Project
1919 Hopi Rd.,
Santa Fe, New Mexico 87505
michaeladee4@gmail.com

Alliance For TransYouth Rights
naila@tylnow.org
https://alliancefortransyouthrights.org/

**Exhibit 1: LIST OF UNDERSIGNED AMICI CURIAE**

Indivisible Sumner
sumnerindivisible@gmail.com
https://sumnerindivisible.wixsite.com/indivi
siblesumner

The Feminist Uprising
5665 Westminster Blvd.
Westminster, CA 92683
thefeministuprising@gmail.com
https://www.thefeministuprising.com

The Liblang Law Firm, PC
danil@lemonlawlawyers.com
www.lemonlawlawyers.com

City of West Hollywood
8300 Santa Monica Boulevard,
West Hollywood CA 90069
dhang@weho.org
https://www.weho.org/city-government/city-
council/councilmembers/danny-hang

Oasis Legal Services
1900 Addison Street, Suite 100
Berkeley, CA 94704
rachel.kafele@oasislegalservices.org
www.oasislegalservices.org

All Children Excel Nashville
3609 Knollwood Rd.,
Nashville, TN 37215
obremskey@comcast.net

Bienestar Human Services
5326 E. Beverly Blvd,
Los Angeles, CA 90022
rcontreras@bienestar.org
bienestar.org

National LGBTQ Task Force Action Fund
1325 Massachusetts Ave. NW Suite 600,
Washington DC 20005
amorris@thetaskforceactionfund.org
www.thetaskforceactionfund.org

**Exhibit 2**

PALAIS DES NATIONS • 1211 GENEVA 10, SWITZERLAND

**Mandate of the Special Rapporteur on violence against women and girls, its causes and consequences**

Ref.: OL USA 29/2024
(Please use this reference in your reply)

13 December 2024

Excellency,

I have the honour to address you in my capacity as Special Rapporteur on violence against women and girls, its causes and consequences, pursuant to Human Rights Council resolution 50/7.

In this connection, I would like to bring to the attention of your Excellency's government, a number of concerns regarding information I received and observations I have regarding the **lack of publication and incorporation of the Equal Rights Amendment (the ERA) into the United States Constitution as the 28th Amendment, which would significantly advance sex and gender equality for women in the United States of America.**

As of today, the US Constitution, the most authoritative legal instrument of the State, does not explicitly prohibit discrimination on the basis of sex. This is in stark contrast to the vast majority of countries, 85% of UN Member States, which have constitutions that prohibit discrimination on the basis of sex and/or gender.

Procedurally, the ERA is ready to be certified and published by the Archivist of the United States as the 28th Amendment to the US Constitution. The required number of states for constitutional amendment, 38 out of 50, have ratified the ERA; ratification was reached in 2020 and the timeline for ratification foreseen for the ERA, which is not included in the text of the amendment itself, is a non-issue. As the Office of the Legal Counsel at the Department of Justice observed in 1992 in considering the last Amendment to the Constitution, the 27th Amendment which took over 200 years to ratify, "the plain language of Article V [of the Constitution] contains no time limit on the ratification process." However, under the previous United States presidential administration, the Office of the Legal Counsel erroneously opined against publication of the ERA in 2020 because it took longer than Congress had hoped for, even though it took significantly less than 200 years to ratify.

This was followed by an Office of the Legal Counsel Opinion in 2022 merely stating that the 2020 Opinion did not preclude Congress from acting to affirm the ERA - it did not address the current Administration's ability to act, by directing the Archivist of the United States to certify the ERA, and thereby fulfill its duty under international law to guarantee constitutional equality. Likewise, any attempts by US states to "rescind" their ratifications of constitutional amendments have never been considered valid as Article V of the Constitution makes no mention of them.

After a constitutional amendment has been ratified by three-fourths of US states, 1 U.S.C. § 106b instructs the Archivist to publish and certify the amendment "as a part of the Constitution of the United States." However, though in receipt of ratifications of the Equal Rights Amendment from 38 states, i.e., the "official notice,"

the Archivist has to date not yet published and certified the ERA. Although the D.C. Circuit Court of Appeals decision in *Illinois v. Ferriero,* 60 F. 4th 704 (D.C. Cir. 2023) denied a mandamus action to compel the Archivist to do its ministerial duty, it does not prevent the Archivist from going forward and publishing the ERA.

The Equal Protection and Due Process clauses of the 5th and 14th Amendments to the US Constitution are inconsistent with international human rights obligations and standards. The United States' current constitutional jurisprudence leaves any protections against sex discrimination extremely vulnerable, as was made evident by the *Dobbs* decision in 2022. In addition, in 2000, the Supreme Court of the United States struck down the provision of the Violence Against Women Act (VAWA) that gave victims a civil rights remedy for gender-based violence in federal court, holding that Congress did not have the authority under the equal protection clause to include such a remedy in the legislation.[1]

Likewise, the Supreme Court of the United States ruled out protection under the 14th Amendment in another gender-based violence case, *Castle Rock v. Gonzales* (holding that a domestic abuse survivor had no constitutional right under the due process clause to police enforcement of a restraining order). As a result, the United States domestic legal system still does not provide for any constitutional or federal-level statutory remedy for sex and gender-based violence.

Your Excellency's Government has endorsed the ERA both in a recent proclamation and in the National Strategy on Gender Equity and Equality. Although there are bills in Congress also affirming the validity of the ERA, a reinforcing but not required step in the process, it would be imperative to certify and publish the ERA in order for women and girls to benefit from its full impact in equality with men and boys in full compliance with the United States obligations under international law.

The International Covenant on Civil and Political Rights (ICCPR) requires State Parties, including the United States, which ratified the Covenant in 1992, to guarantee equal enjoyment of all civil and political rights, and to prevent sex discrimination and gender-based violence to ensure equal enjoyment of those rights, under article 2 (non-discrimination), article 3 (equality between men and women) and article 26 (equality before the law and equal protection of the law). Additionally, the Human Rights Committee's general comment No. 28 explains that State Parties are required to "take all steps necessary, including the prohibition of discrimination on the ground of sex, to put an end to discriminatory actions." Therefore, the United States of America is required to adopt a constitutional sex equality amendment. I also note that in its 2023 Concluding Observations on the US' Fifth Periodic Report and dialogue with the US Government, the Human Rights Committee called upon your Excellency's Government to **"guarantee protections against sex- and gender-based discrimination in its Constitution, including through initiatives such as the Equal Rights Amendment".**

According to article 2 of the Universal Declaration on Human Rights, everyone is entitled to all the rights and freedoms set forth in the Declaration, without distinction of any kind, including on the basis of sex.

---

[1] United States v. Morrison, 579 U.S. 598 (2000). See also, Ms. Magazine, Victoria V. Nourse, *A Devastating Supreme Court Decision on Sexual Assault Shows Why the U.S. Needs the ERA Now, 10 November, 2021.*

Furthermore, the Declaration on the Elimination of Violence against Women (DEVAW), adopted by the United Nations General Assembly in 1993, defines violence against women as "Any act of gender-based violence that results in, or is likely to result in, physical, sexual, or psychological harm or suffering to women, including threats of such acts, coercion, or arbitrary deprivation of liberty, whether occurring in public or private life". The declaration further recognizes that violence against women is a manifestation of historically unequal power relations between men and women and is closely tied to discrimination based on sex. In its article 4 (j), it calls on all States to "adopt all appropriate measures, especially in the field of education, to modify the social and cultural patterns of conduct of men and women and to eliminate prejudices, customary practices and all other practices based on the idea of the inferiority or superiority of either of the sexes and on stereotyped roles for men and women".

Moreover, in 1995, the United States joined 188 other countries in adopting the Beijing Declaration and Platform for Action (BPfA), a United Nations resolution that specifically calls on countries to "[p]rovide constitutional guarantees and/or enact appropriate legislation to prohibit discrimination on the basis of sex for all women and girls." Finally, Goal 5 (Achieve gender equality and empower all women and girls) of the 2030 Agenda for Sustainable Development, urges States to "End all forms of discrimination against all women and girls everywhere," including as indicated by "Whether or not legal frameworks are in place to promote, enforce and monitor equality and non-discrimination on the basis of sex." (SDG 5.1.1).

In addition to the clear expression in the ICCPR, DEVAW, BfPA and SDGs of a global commitment to and requirement to uphold sex equality in national constitutions, a broad array of other sources of international law, including agreements, customary international law, and decisions of international tribunals, evince a global recognition of sex equality as a fundamental human right. International agreements include, inter alia, the Universal Declaration of Human Rights, which was adopted unanimously by all UN members, including the United States, in 1948 and provides that "[e]veryone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind such as . . . sex." The American Convention on Human Rights, a regional treaty signed by the US in 1977, which requires State Parties to "undertake to . . . ensure to all persons subject to their jurisdiction the free and full exercise of those rights and freedoms, without any discrimination for reasons of . . . sex."

Taking into consideration the above-mentioned international human rights law and standards, I urge your Excellency's Government to direct the Federal Archivist to publish the Equal Rights Amendment to the Constitution immediately.

As it is my responsibility, under the mandate provided to me by the Human Rights Council, to seek to clarify all cases brought to my attention, I would be grateful for your observations on the following matters:

1.   Please provide any additional information and/or comment(s) you may have on the current status of the Equal Rights Amendment (ERA).

2. Please clarify what obstacles have prevented the Archivist of the United States to publish the Equal Rights Amendment as the 28th Amendment to the United States Constitution.

3. Please provide information on any measures that your Administration has taken or intends to take to ensure that the Constitution complies with international human rights law, particularly the international legal obligation to ensure equality between men and women and which bars discrimination based on sex.

This communication, as a comment on pending or recently adopted legislation, regulations or policies, and any response received from your Excellency's Government will be made public via the communications reporting website after 48 hours. They will also subsequently be made available in the usual report to be presented to the Human Rights Council.

Please accept, Excellency, the assurances of my highest consideration.

Reem Alsalem
Special Rapporteur on violence against women and girls, its causes and consequences