IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF MASSACHUSETTS

No. 1:25-CV-10806

EQUAL MEANS EQUAL;
HEROICA FOUNDATION;
JACQUELINE FENORE,
individually and on behalf of
others similarly situated
*Plaintiffs,*
v.
DONALD J. TRUMP,
In his Official Capacity as President of the United States,
CRAIG BROWN,
In his Official Capacity as Acting Director of the Selective Service System,
SELECTIVE SERVICE SYSTEM
*Defendants*.

MOTION FOR LEAVE TO FILE A CORRECTED AMICUS CURIAE BRIEF ON BEHALF OF THE NATIONAL WOMEN'S POLITICAL CAUCUS, THE ELIZABETH CADY STANTON TRUST, AND FIFTY OTHER AMICI

Amici respectfully request leave to file a corrected amicus curiae brief in this matter. The correction is necessary as the original brief (filed on August 1, 2025) neglected to cite the *United Nations' Special Rapporteur's Letter*, despite including it as an exhibit. A correction is also necessary to clarify that the author of the letter is not a signatory to the brief.

Respectfully submitted,
On behalf of Amici,

/s/ Laura Magnini

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

Dated: August 4, 2025                          On the brief: Alison Shea, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by the ECF filing system.

/s/ Laura Magnini

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

Dated:   August 4, 2025