# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISCTRICT OF MASSACHUSETTS

———

No. 1:25-CV-10806

———

EQUAL MEANS EQUAL;
HEROICA FOUNDATION;
JACQUELINE FENORE,
individually and on behalf of
others similarly situated
*Plaintiffs,*
v.
DONALD J. TRUMP,
In his Official Capacity as President of the United States,
CRAIG BROWN,
In his Official Capacity as Acting Director of the Selective Service System,
SELECTIVE SERVICE SYSTEM
*Defendants*.

———

AMICUS CURIAE BRIEF ON BEHALF OF THE NATIONAL WOMEN'S
POLITCAL CAUCUS, THE ELIZABETH CADY STANTON TRUST, AND
FIFTY OTHER AMICI

———

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

On the brief: Alison Shea, Esq.

Dated: August 4, 2025

## TABLE OF CONTENTS

TABLE OF AUTHORITIES........................................................................................*ii-iii*

INTRODUCTION .........................................................................................................1

SUMMARY OF ARGUMENT....................................................................................1

ARGUMENT ..........................................................................................................1–4

   I.   THROUGHOUT HISTORY WOMEN HAVE SUFFERED
        SEVERE AND PERVASIVE SUBJUGATION AND OPPRESSION
        IN THE UNITED STATES........................................................................1–4

           The Magna Carta .............................................................................1–2

           Coverture ............................................................................................2

           The Blackstone Commentaries.......................................................2–3

           The Declaration of Independence and the Constitution .................3–4

           The Fourteenth Amendment ...............................................................4

CONCLUSION......................................................................................................4–5

Exhibit 1 ...........................................................................................................*iv-vi*

Exhibit 2.............................................................................................................1–4

# TABLE OF AUTHORITIES

**Cases**

*Dobbs v. Jackson Women's Health Org.*,
597 U.S. 215 (2022) ................................................................................................1–2

**Constitutional Provisions**

Amend. XIV, United States Constitution ...............................................................4

Amend XXVIII, United States Constitution .......................................................*passim*

**Other Authorities**

Adams, Abigail, Letter from Abigail Adams to John Adams, (1776)
http://www.masshist.org/digitaladams .................................................................3–4

Alsalem, Reem, Special Rapporteur, United Nations, *Mandate of the Special Rapporteur on Violence Against Women*, (2024), https://www.ohchr.org/en/special-procedures/sr-violence-against-women ...................................................................................4

Blackstone, William, *On Marriage and Coverture* (1965)
https://wisc.pb.unizin.org/ls261/chapter/ch-4-1-william-blackstone-on-coverture-1765/ ....*passim*

Brodowicz, Mateusz, *Blackstone's Influence on American Political Philosophy* (2024),
https://aithor.com/essay-examples/blackstones-influence-on-american-political-philosophy#3-impact-on-american-founding-fathers ...........................3

Claeys, Eric R., *Blackstone's Commentaries and the Privileges or Immunities of United States Citizens: A Modest Tribute to Professor Siegan*
45 SAN DIEGO L. REV. 777 (2008) .......................................................................3–4

The Declaration of Independence (1776) ............................................................3–4

Harris, Caroly, *Magna Carta and Women's Rights* (2015),
https://ottawacitizen.com/news/national/carolyn-harris-magna-carta-and-womens-rights ...2

Hazeltine, H.D., *The Influence of the Magna Carta on American Constitutional Development*, COLUMBIA L. REV. 17(1) (1917) ...........................1

Keyser, Richard, *Women under the Traditional System of Coverture, American Legal History* (2020) https://wisc.pb.unizin.org/ls261/chapter/chapter-3-women/ ...............2

*Magna Carta*, (1215) British Library,
www.bl.uk/magna-carta/articles/magna-carta-english-translation .......................*passim*

Tate, Joshua C., *Magna Carta and the Definition of Fundamental Rights*

59 Tulsa L. Rev. 39 (2024) ..................................................................................1–2

Walsh, Thomas, *Coverture and Economic Gender Equality in Early America* (2023),
https://legalresearchclub.ua.edu/blog/2023/04/26/coverture-and-economic
-gender-inequality-in-early-america/ ....................................................................2

**Exhibits**

1. List of Undersigned Amici Curiae ..................................................................*iv–vi*

2. Alsalem, Reem, Mandate of the Special Rapporteur on Violence Against
    Women and Girls, its Causes, and Consequence[1] ...........................................1–4

---

[1] The letter pertaining to the *Mandate of the Special Rapporteur on Violence Against Women and Girls, its Causes, and Consequence*, has been provided to the Court as Exhibit 2 strictly for the convenience of the Court. The letter was sent to the United States government but received no response. Therefore, a response document has not been provided to this Court. The Special Rapporteur is not a signatory on this brief.

## INTRODUCTION

Plaintiffs challenge the constitutionality of the Military Selective Service Act (MSSA), 50 U.S.C., § 3801 et seq., under the Equal Rights Amendment (ERA) and the Equal Protection Provision of the Fourteenth Amendment.

## SUMMARY OF ARGUMENT

Amici submit this brief in support of Plaintiffs' arguments I–IV, pg. 2–14. Specifically, Amici agree that the ERA is valid and must be recognized as the Twenty-Eighth Amendment, and that, regardless of the ERA's validity, women deserve strict scrutiny under the Equal Protection Doctrine.

In further support hereof, Amici submit the following information demonstrating women's suffering and subjugation under the United States Constitution.

## ARGUMENT

## I.    THROUGHOUT HISTORY WOMEN HAVE SUFFERED SEVERE AND PERVASIVE SUBJUGATION AND OPPRESSION IN THE UNITED STATES.

### The Magna Carta

As early as the founding days of our nation, many colonies relied upon the Magna Carta, both as framework and as codified law for legislative governing. Hazeltine, H. D., *The Influence of Magna Carta on American Constitutional Development*, Columbia L. Rev., *17*(1), 7–9 (1917), https://doi.org/10.2307/1110845.

The Supreme Court itself recently relied upon the Magna Carta when deciding a case that severely weakened women's fundamental rights under the Fourteenth Amendment. *Dobbs v. Jackson Women's Health Org.,* 597 U.S. 215 (2022). Justice Alito wrote that "the right to abortion is not deeply rooted in the Nation's history and traditions," in part because it "lacked an

equivalent historical pedigree" afforded by the Magna Carta. *Id.* at 226–25; *see also* Joshua C. Tate, *Magna Carta and the Definition of Fundamental Rights*, 59 Tulsa L. Rev. 39, 40–41 (2024), https://digitalcommons.law.utulsa.edu/tlr/vol59/iss1/5. Indeed, Justice Alito is correct, however, he failed to acknowledge that the reason why the right to abortion was not deeply rooted is because women were not even considered persons. *Id.*

The Magna Carta established women as inferior and subservient to men. Magna Carta. (1215) British Library, www.bl.uk/magna-carta/articles/magna-carta-english-translation. Women were designated as the property of their fathers or the property of their husbands. *Id.* It also declared women inferior under the law, for example a woman's testimony in court carried little value compared to that of a man. *Id.*; *see also* Carolyn Harris, Magna Carta and Women's Rights (2015), https://ottawacitizen.com/news/national/carolyn-harris-magna-carta-and-womens-rights.

## Coverture

In lockstep with the Magna Carta, colonial America adopted the doctrine of coverture. Under coverture, women were considered property of their husbands and lost all autonomy. Thomas Walsh, Coverture and Economic Gender Inequality in Early America (2023) https://legalresearchclub.ua.edu/blog/2023/04/26/coverture-and-economic-gender-inequality-in-early-america/; *see also* Richard Keyser, Women under the Traditional System of Coverture, American Legal History (2020) https://wisc.pb.unizin.org/ls261/chapter/chapter-3-women/. Because of coverture, a married woman could not own property or seek redress in court, among other legal disabilities. *Id.*

## The Blackstone Commentaries

In 1765, propogandist William Blackstone released a commentary on coverture, declaring that "the very being or legal existence of the woman is suspended during the marriage." William

Blackstone, On Marriage and Coverture (1765) https://wisc.pb.unizin.org/ls261/chapter/ch-4-1-william-blackstone-on-coverture-1765/. Blackstone's opinions influenced the Declaration of Independence which declared that "all *men* are created equal" and inspired the men who wrote our constitution. The Declaration of Independence. Retrieved from the Library of Congress, www.loc.gov/item/04033412/.

<strong>The Declaration of Independence and the Constitution</strong>

When John Adams was contemplating the language he would propose for our constitution, he discussed the matter with his wife, Abigail. She admonished him to "[r]emember the [l]adies and be more generous and favo[u]rable to them than your ancestors. Do not put such unlimited power into the hands of the Husbands. Remember all Men would be tyrants if they could." Letter from Abigail Adams to John Adams, 31 March - 5 April 1776. *Adams Family Papers: An Electronic Archive.* Massachusetts Historical Society. www.masshist.org/digitaladams. John instead remembered the Blackstone Commentaries, adopting Blackstone's language pertaining to the natural and inherent rights of "all men."; *see also* Mateusz Brodowicz, *Blackstone's Influence on American Political Philosophy* (2024) https://aithor.com/essay-examples/blackstones-influence-on-american-political-philosophy#3-impact-on-american-founding-fathers.

Thomas Jefferson, in turn, adopted exact phrasing from the Blackstone Commentaries while drafting the Constitution. *Id.* Blackstone's Commentaries also heavily influenced the drafting of the Fourteenth Amendment, specifically pertaining to the ambidexterity of "privileges or immunities." Eric R. Claeys, *Blackstone's Commentaries and the Privileges or Immunities of United States Citizens: A Modest Tribute to Professor Siegan*, 45 San Diego L. Rev. 777 (2008) https://digital.sandiego.edu/sdlr/vol45/iss3/9. Blackstone's commentary regarding privileges and

3

immunities stated "[t]he rights themselves thus defined by [Magna Carta]…may be reduced to [ ] the right of personal security, [ ] personal liberty, [ ] and private property…as there is no other known method of [ ] abridging *man's* natural free will, but by an infringement or diminution of…these important rights." *Id.* (emphasis added).

The continuous incorporation of misogynist language from the Magna Carta into our nation's founding documents legitimized the subjugation and oppression of women.

### The Fourteenth Amendment

Even when the Fourteenth Amendment was adopted in 1868, women were left behind because it gave Equal Protection of the laws to "persons," but not women. As Plaintiffs' brief explains, the Supreme Court did not recognize women as persons with Equal Protection rights until 1971, but even then, women remained unequal because their "Equal" Protection rights were subject to unequal enforcement, a problem that persists to this day because of intermediate scrutiny. *See* P. Mem. at pp. 10–14. Further, even the United Nations has recognized several concerns regarding "the lack of publication and incorporation of the Equal Rights Amendment into the United States Constitution as the 28th Amendment, which would significantly advance sex and gender equality for women in the United States of America." Alsalem, Reem, *Special Rapporteur, United Nations, Mandate of the Special Rapporteur on Violence Against Women*, (2024), https://www.ohchr.org/en/special-procedures/sr-violence-against-women.

### CONCLUSION

Despite Abigail Adams' admonishment, women have yet to achieve equality, but her promise remains ripe: "If p[a]rticular care and attention is not paid to the Ladies we are determined to foment a Rebel[l]ion and will not hold ourselves bound by any Laws in which we have [unequal] voice, [unequal] Representation." *See* Letter from Abigail Adams, April 5, 1776.

For the foregoing reasons, Amici respectfully request that this Court deny Defendants' motion to dismiss and affirm the validity of the Equal Rights Amendment.

Respectfully submitted,
On behalf of Amici,

/s/ Laura Magnini

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

On the brief: Alison Shea, Esq.

Dated: August 4, 2025

5

## CERTIFICATE   OF   SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by the ECF filing system.

/s/ Laura Magnini

Laura Magnini
*Attorney for Amicus Curiae*
Alekman & Ditusa
1550 Main Street, Suite 501
Springfield, MA 01103
BBO# 684620
Phone: 413-781-0000
Email: laura@alekmanditusa.com

Dated:   August 4, 2025