**Exhibit 1**

## Exhibit 1: LIST OF UNDERSIGNED AMICI CURIAE

The National Women's Political Caucus
1301 K Street, NW Suite 300W
Washington, DC 20005
kate@nwpc.org
www.nwpc.org

Elizabeth Cady Stanton Trust
700 Steamboat Road
Greenwich, Connecticut 06830
ElizabethCadyStanton.org
coline.jenkins@gmail.com

Institute on Violence, Abuse, and Trauma
11526 Sorrento Valley Rd., Suite A2
San Diego, CA 92121
www.ivatcenters.org
bgeffner@alliant.edu
www.ivatcenters.org

Battered Mothers Custody Conference
mhannah413@gmail.com
www.batteredmotherscustodyconference.org

PA Religious Coalition for Reproductive Justice
1280 Clover Lane,
Harrisburg, PA 17113
jim.cavenaugh12@gmail.com

Indivisible Lincoln Square
4916 North Oakley Avenue,
Chicago, IL 60625
wmksellers@gmail.com
https://www.indivisiblelincolnsquare.com

Justice and Joy National Collaborative
610 SW Alder Street, #215,
Portland, Oregon 97205
jeannette@justiceandjoynatl.org
JusticeandJoyNatl.org

Center for Policing Equity
ecumberbatch@policingequity.org
policingequity.org

Joel Marshall's Lunch Therapy Podcast
PO Box 480220,
Los Angeles, CA 90048
supportus@mac.com
lunchtherapy.live

Doctors for America
PO Box 21161, 2300 18th St NW,
Washington, DC 20009
angie.bakke@drsforamerica.org
https://doctorsforamerica.org

Medical Students for Choice
PO Box 20132,
Philadelphia, PA 19145
pamela@msfc.org
https://msfc.org

Feminists in Struggle
1228 26th Street,
San Diego, CA 92102
aemenasche@gmail.com
www.feministstruggle.org

ERA Minnesota
betty.folliard@gmail.com
eramn.org

ERA-NC Alliance
118 Church St.,
Black Mountain, NC 28711
maddenroberta@gmail.com
www.ratifyera-nc.org

Dr. Bronner's Family Foundation
2448 Massachusetts Ave NW
Washington, DC 20008
adam@drbronner.com
https://bronnerfamilyfoundation.org

The Restaurant Opportunities Center of Pennsylvania (ROC PA)
samuel@rocunited.org
www.coworker.org

Hawaii Health and Harm Reduction Center
hlusk@hhhrc.org
www.hhhrc.org

Charlotte's Web Thoughts
1140 3rd St. NE, c/o Spaces, Second Floor,
Washington, D.C. 20002
cmclymer@gmail.com
charlotteclymer.substack.com

## Exhibit 1: LIST OF UNDERSIGNED AMICI CURIAE

National ERA Publication Task Force
e-murphy@northwestern.edu

Positive People Network, Inc.
1031 Ives Dairy Road, 228,
Miami, Fl.33179
positivepeoplenetwork11@gmail.com
www.positivepeoplenetworkinc.org

CenterLink
tanya@lgbtcenters.org
www.lgbtcenters.org

The TransLatina Coalition
2975 Wilshire Blvd STE 350
Los Angeles, 90010
Bambys@translatinacoalition.org
translatinacoalition.org

Green Alliance for Sex-Based Rights
P. O. Box 1224,
Carbondale, IL 62903
dx@list.gendercriticalgreens.org
greenalliance.sexbasedrights.org

Fems For Democracy
PO Box 826,
Royal Oak, MI 48068
jcampbellbode@gmail.com
www.femsfordemocracy.org
National Black Justice Collective
vkynbjc@gmail.com
www.nbjc.org

Union Heritage Ventures
8721 Santa Monica Blvd. Suite 5.
West Hollywood, CA 90069
sophia@brilliantanatomy.com
www.unionheritage.com

Neumann Law Group 300 East Front Street #445 Traverse City, MI 49684
traversecityattorney@gmail.com
www.neumannlawgroup.com

Jefferson Law Center  25615 Jefferson, Saint Clair Shores, MI 48080
lpregizer@jeffersonlawcenter.com
www.jeffersonlawcenter.com

Continued on back flap films
7 Sugar Shack Drive,
West Lake Hills TX 78746
pavoextrano@gmail.com

Florida National Association for Women
president@flnow.org
Flnow.org

The Workers Circle:
Jewish Culture for a Just World
247 W. 37th St., Fifth Floor,
New York, NY 10018
ndamico@circle.org
circle.org

IHEART MEDIA
888 7th Ave 4th floor
NY NY 10106
busysilverstein@mac.com

Rethinking Eve
JSweeney@maloofandbrowne.com
RethinkingEve.com

The Ohio Federation of Business & Professional Women
803 S. Beech Street
Bryan, Ohio 43506-2016
Lora.Manon1@gmail.com
www.bpwohio.org

DecrimSexWorkCA
admin@decrimsexworkca.com
Decrimsexworkca.com

Desiree Alliance
23532 Calabasas Rd Suit A
Calabasas, CA 91302
director@desireealliance.org
www.desireealliance.org

Alianza Translatinx
W. Fourth St. suite 420
Santa Ana CA 92701
krios-wyatt@alianzatranslatinx.org
www.alianzatranslatinx.org

Brilliant Anatomy
egee9277@gmail.com

**Exhibit 1: LIST OF UNDERSIGNED AMICI CURIAE**

CalPride
1202 H street, suite D,
Modesto, CA 95354
john@calpride.org
https://calpride.org/

American Medical Women's Association
201 E Main Street Ste 810,
Lexington KY 40507
advocacy@amwa-doc.org
www.AMWA-doc.org

Muslims for Progressive Values
1465 Tamarind Ave., #702,
Los Angeles, CA 90028
info@mpvusa.org
https://www.mpvusa.org

Expansive Dignity, LLC
mike@expansivedignity.com
www.expansivedignity.com

Global Faith and Justice Project
1919 Hopi Rd.,
Santa Fe, New Mexico 87505
michaeladee4@gmail.com

Alliance For TransYouth Rights
naila@tylnow.org
https://alliancefortransyouthrights.org

Indivisible Sumner
sumnerindivisible@gmail.com
https://sumnerindivisible.wixsite.com/indivisiblesumner

The Feminist Uprising
5665 Westminster Blvd.
Westminster, CA 92683
thefeministuprising@gmail.com
https://www.thefeministuprising.com

The Liblang Law Firm, PC
danil@lemonlawlawyers.com
www.lemonlawlawyers.com

City of West Hollywood
8300 Santa Monica Boulevard,
West Hollywood CA 90069
dhang@weho.org
https://www.weho.org/city-government/city-council/councilmembers/danny-hang

Oasis Legal Services
1900 Addison Street, Suite 100
Berkeley, CA 94704
rachel.kafele@oasislegalservices.org
www.oasislegalservices.org

All Children Excel Nashville
3609 Knollwood Rd.,
Nashville, TN 37215
obremskey@comcast.net

Bienestar Human Services
5326 E. Beverly Blvd,
Los Angeles, CA 90022
rcontreras@bienestar.org
bienestar.org

National LGBTQ Task Force Action Fund
1325 Massachusetts Ave. NW Suite 600,
Washington DC 20005
amorris@thetaskforceactionfund.org
www.thetaskforceactionfund.org