IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL; HEROICA FOUNDATION; JACQUELINE FENORE, individually and on behalf of others similarly situated<br><br>        Plaintiffs,<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; CRAIG BROWN, in his official capacity as acting director of the SELECTIVE SERVICE SYSTEM; SELECTIVE SERVICE SYSTEM<br>        Defendants. | Civil Action No. 1:25-cv-10806 |

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS**

Plaintiffs respectfully submit that their counsel's address has been changed to:

**Cheryl Jacques Law Office**
**717 Northampton Street #72**
**Holyoke, MA 01040**


/s/ Wendy J. Murphy

Cheryl Jacques Law Office
717 Northampton Street #72
Holyoke, MA 01040
MA BBO#550455

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by the ECF filing system.

/s/Wendy J. Murphy