IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>DONALD J. TRUMP, in his official<br>capacity as President of the United States, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:25-cv-10806-WGY |

### UNOPPOSED MOTION FOR A CONTINUANCE OF MOTION HEARING

Defendants respectfully move the Court for a continuance of the motion hearing currently scheduled for November 17, 2025.  *See* ECF No. 20.  Specifically, Defendants request that the Court enter an order providing that the motion hearing scheduled for November 17, 2025, be continued and reset for a date after appropriations to the Department of Justice are restored.  Counsel for the parties have conferred and counsel for Plaintiffs has represented that Plaintiffs do not oppose the relief requested in this motion.

Good cause exists to grant this request.  *See* Local Rule 40.3(a).  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for the majority of other Executive Branch agencies.  The Department does not know when funding will be restored by Congress.

Pursuant to the Antideficiency Act, absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  The law provides that "the term 'emergencies involving the safety

of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

Because proceedings in this matter do not constitute such an emergency, preparing for and appearing at a motion hearing in this matter during a lapse in appropriations would be inconsistent with the Antideficiency Act. *See id*. Defendants therefore respectfully request that the Court enter an order providing that the motion hearing scheduled for November 17, 2025, be continued and reset for a date after appropriations to the Department of Justice are restored.

If this motion is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. Defendants request that, at that point, the Court issue an order resetting the hearing date.

Again, undersigned counsel has conferred with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose this motion.

Therefore, although Defendants greatly regret any disruption caused to the Court and the other litigants, Defendants hereby move for a continuance of the motion hearing currently scheduled for November 17, 2025, and for the hearing date to be reset after Department of Justice attorneys are permitted to resume their usual civil litigation functions.

A proposed order is attached.

Dated: November 4, 2025                                          Respectfully submitted,

                                                                 BRETT A. SHUMATE
                                                                 Assistant Attorney General

                                                                 ALEXANDER K. HAAS
                                                                 Director, Federal Programs Branch

                                                                 JEAN LIN
                                                                 Special Litigation Counsel

/s/ *Liam C. Holland*
LIAM C. HOLLAND B.B.O. 704799
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Phone: (202) 514-4964
Fax: (202) 616-8470
E-mail:   liam.c.holland@usdoj.gov

*Counsel for Defendants*

## **RULE 7.1(a)(2) CERTIFICATION**

I communicated with counsel for Plaintiffs regarding this motion. Counsel indicated that Plaintiffs do not oppose to the relief sought herein. Counsel for Plaintiffs indicated that Defendants should note that both parties agree that the Court should select the next date in accordance with its understanding of the shut down issues and the Court's scheduling needs.

/s/ *Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
