IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, *et al.*,<br><br>    Plaintiffs,<br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No.: 1:25-cv-10806-WGY |

### [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion for a continuance, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the motion hearing scheduled for November 17, 2025, be continued.

**SO ORDERED**.

Dated: _____, 2025

_____
HON. WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE