IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EQUAL MEANS EQUAL, *et al.*,<br><br>   *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, in his official capacity<br>as President of the United States, *et al.*<br><br>   *Defendants*. | C.A. No. 1:25-cv-10806-WGY |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify the Court of the Ninth Circuit's published opinion in *Valame v. Trump*, 157 F.4th 1172 (Mem.) (9th Cir. 2025) (per curiam), which was issued after the conclusion of briefing on Defendants' motion to dismiss and during the lapse in appropriations.

In their reply, Defendants relied on an unpublished Ninth Circuit memorandum disposition resolving *Valame*. *See* ECF No. 15 at 1, 14 (citing *Valame v. Trump*, No. 24-369, 2025 WL 1983954, at *1 (9th Cir. July 17, 2025)). After issuance of the unpublished opinion, Mr. Valame petitioned the Ninth Circuit for rehearing and publication. In response, the Ninth Circuit issued an order withdrawing the July 2025 memorandum disposition and issuing a published opinion on November 4, 2025. *Valame*, 157 F.4th at 1172.

The Ninth Circuit's published opinion in *Valame* elaborated on the court's reasoning in the earlier disposition. *Id*. at 1173. First, the Ninth Circuit provided more explicit reasoning regarding its resolution of Mr. Valame's claim that the Military Selective Service Act ("MSSA")'s requirement that men, but not women, register with the Selective Service System violates his rights under the Equal Rights Amendment ("ERA"). *Id*. The court explained that "the ERA was not ratified by three-fourths of the States prior to the deadline set by Congress, June 30, 1982, and the Archivist of the United States did not publish or certify the ERA." *Id*. (citing *Illinois v. Ferriero*,

60 F.4th 704, 710-13 (D.C. Cir. 2023)).  Second, the Ninth Circuit reiterated its earlier conclusion that the "district court also properly dismissed as foreclosed by binding Supreme Court precedent Valame's Fifth Amendment claims challenging the MSSA's male-only registration requirement." *Id*. (citing *Rostker v. Goldberg*, 453 U.S. 57, 83 (1981))

| | |
|---|---|
| Dated: December 8, 2025 | Respectfully submitted, |

<div style="margin-left:auto;">

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel

 */s/ Liam C. Holland*
LIAM C. HOLLAND
ANDREW J. RISING
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*

</div>

2