IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EQUAL MEANS EQUAL;** <br> **HEROICA FOUNDATION;** <br> **JACQUELINE FENORE,** <br> individually and on behalf of <br> others similarly situated <br><br> **Plaintiffs,** <br><br> DONALD J. TRUMP, in his official <br> capacity as President of the United <br> States; CRAIG BROWN, in his <br> official capacity as acting director of <br> the SELECTIVE SERVICE <br> SYSTEM; SELECTIVE SERVICE <br> SYSTEM <br> **Defendants.** | Civil Action No. 1:25-cv-10806 |

## ASSENTED-TO MOTION TO CONTINUE

Plaintiffs respectfully request that the Court continue the hearing currently scheduled for December 16 at 10:30 am, and reset the date for the week of March 2, 2026 (excluding March 4). Defendants assent to this motion.

Respectfully submitted,

/s/ Wendy J. Murphy

Cheryl Jacques Law Office
717 Northampton Street #72
Holyoke, MA 01040
BBO#550455

**CERTIFICATE OF SERVICE**

 I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by the ECF filing system.
/s/Wendy J. Murphy