IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL MEANS EQUAL, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, in his official<br>capacity as President of the United States, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:25-cv-10806-WGY |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants respectfully move, pursuant to Local Rule 83.5.2(C)(1), to withdraw the appearance of Andrew J. Rising as counsel for Defendants in the above-captioned case. Defendants will continue to be represented by Liam Holland of the United States Department of Justice. Prior to filing this motion, counsel for Defendants contacted counsel for Plaintiff, who indicated that they consent to the request.

DATE: February 10, 2026　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Andrew J. Rising*
　　　　　　　　　　　　　　　　　　　ANDREW J. RISING (D.C. Bar No. 1780432)
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　1100 L St. NW, Rm. 12520
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　Telephone: (202) 514-0265
　　　　　　　　　　　　　　　　　　　E-mail: andrew.j.rising@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on all registered parties through the Court's CM/ECF system.

/s/ *Andrew J. Rising*
Andrew J. Rising