**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Equal Means Equal, et al
**Plaintiffs**


                                            CIVIL ACTION
V.                                          NO. 25cv10806-WGY


Donald John Trump, et al
**Defendants**

**ORDER OF DISMISSAL**


**YOUNG D.J.**,

        In accordance with the Court's MEMORANDUM AND ORDER of April 21, 2026, it is hereby ORDERED that this case is DISMISSED.


                                    By the Court,

                                    **/s/Matthew A. Paine**


                                     Deputy Clerk


April 21, 2026