**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EQUAL MEANS EQUAL; <br> HEROICA FOUNDATION; <br> JACQUELINE FENORE, <br> Individually and on behalf of <br> others similarly situated <br>         Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official <br> capacity as President of the United States; <br> CRAIG BROWN, in his official capacity as <br> acting director of the SELECTIVE SERVICE <br> SYSTEM <br>         Defendants. | Case No. 1:25-cv-10806 |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs in the above-named matter hereby appeal to the

United States Court of Appeals For the First Circuit from the Memorandum and Order entered in

this action on April 21, 2026

Respectfully submitted,

The Plaintiffs,

By their attorney,

<u>/s/ Wendy Murphy</u>

Cheryl Jacques Law Office
717Northampton Street #72
Holyoke, MA 01040
BBO#550455

Dated: May 19, 2026

1

## CERTIFICATE  OF  SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by the ECF filing system.

/s/ Wendy J. Murphy

Wendy J. Murphy

Dated:  May 19,  2026