# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  Equal Means Equal et al v. Trump et al

District Court Number:  25cv10806-WGY

Fee:    Paid?   Yes __X__   No _____   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending      Yes _____ No _X_        Sealed documents      Yes _____ No _X_
*If yes, document #* _____    *If yes, document #* _____

*Ex parte* documents   Yes _____ No _X_      Transcripts      Yes _____ No _X_
*If yes, document #* _____    *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent _____   Other: _____

Appeal from:

## #35 Memorandum and Order, #36 Order of Dismissal
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #35, #36, and #37
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __37_____ filed on __May 19, 2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __May 20, 2026_____.


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine_____
Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**